IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HALEY MCHAM                                                                                       PLAINTIFF

V.                                       No. 4:22-cv-782-LPR

DOES                                                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. This case is closed.

IT IS SO ADJUDGED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE